472

John OLIVER, Appellant,

v.

Lillian Hall KISER, Widow, and her five infant children, Appellees.

Court of Appeals of Kentucky.

March 11, 1955.

French Hawk and Harry M. Caudill, Whitesburg, for appellant.

LeRoy W. Fields, Whitesburg, for appellees.

PER CURIAM.

Motion for an appeal from a judgment on a verdict directed in favor of appellees in a forcible entry proceeding involving three acres of unimproved land in Letcher County. We have read the pleadings, the evidence and the briefs and we conclude the record fully supports the action of the trial judge.

The motion is overruled and the judgment is affirmed.